# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 6 C 644 | **DATE** | 7/13/2012 |
| **CASE TITLE** | Heard vs. IDOC et al | | |

**DOCKET ENTRY TEXT**

Jury deliberations continue. Jury trial ends. Jury verdict: Liability for deliberate indifference as to defendant Wexford Health Sources, Inc. is entered for the defendant; as to defendant Dr. Ghosh, for the plaintiff; as to defendant Dr. Elyea, for the defendant. Compensatory damages awarded to the plaintiff in the amount of $23,250.00. Punitive damages are not entered as to defendants Wexford Health Sources and Dr. Elyea. As to Dr. Ghosh, punitive damages are entered in the amount of $250,000.00.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

8:00

FILED
2012 JUL 15 PM 8:01
U.S. DISTRICT COURT

Courtroom Deputy Initials:  TSA